# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| ALPS PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>ROBERT B. GOODALL, ET AL.,<br><br>　　Defendants. | Case No. 1:22-cv-00044-PTG-JFA |

**FINANCIAL INTEREST DISCLOSURE STATEMENT OF**
**<u>DEFENDANT GOODALL, PELT, CARPER & NORTON, P.C.</u>**

　　Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Goodall, Pelt, Carper & Norton, P.C. in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: March 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Richard W. Driscoll (43469)
　　　　　　　　　　　　　　　　　　　　　　　DRISCOLL & SELTZER, PLLC
　　　　　　　　　　　　　　　　　　　　　　　2000 Duke Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　　　　　703.822.5001 Telephone
　　　　　　　　　　　　　　　　　　　　　　　703.997.4892 Facsimile
　　　　　　　　　　　　　　　　　　　　　　　Email: rdriscoll@driscollseltzer.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Robert B. Goodall and*
　　　　　　　　　　　　　　　　　　　　　　　*Goodall, Pelt, Carper & Norton, P.C.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 25th day of March 2022, a copy of the foregoing Financial Disclosure was served by the Court's ECF system upon all parties/counsel of record listed on the Notice of Electronic Filing.

    /s/

    _____
    Richard W. Driscoll